

# Fourth Court of Appeals
## San Antonio, Texas

July 25, 2018

No. 04-18-00478-CR

**STATE** of Texas,
Appellant

v.

Miguel Marco **MELENDEZ**,
Appellee

From the 451st Judicial District Court, Kendall County, Texas
Trial Court No. 6467
Honorable Bill R. Palmer, Judge Presiding

# O R D E R

The State has filed a notice of appeal stating its intent to appeal the trial court's order granting appellee's motion to dismiss for failure to provide a speedy trial. *See* TEX. CODE CRIM. PROC. ANN. art. 44.01(a). The State has also filed a motion for stay of proceedings in the trial court pending disposition of this appeal. *See id.* art. 44.01(e). The motion is GRANTED, and all trial court proceedings are stayed pending disposition of this appeal.

_Karen Angelini_
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of July, 2018.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court